THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD M. DADE, Appellant.—Motion for reargument granted and matter submitted for reconsideration on February 20, 1979. Present—Cardamone, J. P., Hancock, Jr., Schnepp, Doerr and Moule, JJ.

MANUFACTURERS HANOVER TRUST CO., Respondent, v JOHN CURREY, Appellant.—Motion to prosecute appeal as poor person denied with leave to move before Special Term for the same relief (see *Jenks v Murphy,* 21 AD2d 346).